UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

 Plaintiff,            Case No. 3:22-cr-123

vs.

KYLE EADIE,           District Judge Michael J. Newman

 Defendant.

---

**ORDER: (1) ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 47); AND (2) REQUIRING THE PARTIES TO CONTACT THE COURT TO SCHEDULE A SENTENCING HEARING**

---

 This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 47.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count Three of the Indictment, which charges him with possession of child pornography while having a prior conviction under the laws of any state related to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).  Doc. No. 39 at PageID 108–09.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.  The parties should contact the Court to schedule a sentencing hearing.

 **IT IS SO ORDERED.**

 December 15, 2022          s/ Michael J. Newman
                      Hon. Michael J. Newman
                      United States District Judge