UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:22-cr-123

vs.

KYLE EADIE,                             District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) CANCELING THE RESTITUTION HEARING SET FOR JULY 26, 2023; (2) RESCHEDULING THE RESTITUTION HEARING FOR AUGUST 3, 2023 AT 10:00 AM; AND (3) RESETTING DEFENDANT'S SELF-SURRENDER DATE FOR AUGUST 7, 2023**

---

      This criminal case is before the Court after a status conference held on July 25, 2023. Counsel for both sides appeared and participated. During the conference, the Court discussed the Government's Motion for a Protective Order filed in anticipation of the July 26, 2023 restitution hearing and Defendant's objection to a portion of the proposed order granting this motion. As stated on the record, both sides ultimately agreed that the proposed protective order should be modified, and the Government indicated that it would file its amended motion immediately. Accordingly, the upcoming amended motion is well taken, and the Court intends to grant it once it is filed.

      Considering this change in circumstances, both sides agreed that this restitution hearing should be continued. Recognizing that a continuance will afford Defendant's counsel a full opportunity to review the documentation on the underlying restitution requests, the Court **CANCELS** the restitution hearing set for July 26, 2023 and **RESCHEDULES** the hearing for **August 3, 2023 at 10:00 a.m.**—a time that counsel for both sides indicated on the phone call was

mutually convenient for all the parties involved.

Because this will impact Defendant's original self-surrender date, the Court **RESETS** Defendant's self-surrender date.  Defendant is **ORDERED** to surrender to the custody of the U.S. Bureau of Prisons **on August 7, 2023**.

    **IT IS SO ORDERED.**

  July 25, 2023                                             s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                        United States District Judge

cc: John Stengel, Deputy U.S. Marshal