UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                         Case No. 3:22-cr-123

vs.

KYLE EADIE,                                            District Judge Michael J. Newman

    Defendant.

---

**AMENDED ORDER: (1) VACATING THE PRIOR ORDER FOR DEFENDANT TO REPORT ON JULY 27, 2023 (Doc. No. 66); AND (2) REQUIRING DEFENDANT KYLE EADIE TO REPORT, AS DIRECTED BY THE UNITED STATES BUREAU OF PRISONS, TO THE FEDERAL CORRECTIONAL INSTITUTION IN ELKTON, OHIO ON AUGUST 7, 2023 by 2:00 PM (EST)**

---

This criminal case is before the Court following a telephone status conference on July 25, 2023. To reflect a change in Defendant's self-surrender, the Court **VACATES** the prior Order requiring Defendant to report on July 27, 2023. Doc. No. 66. Pursuant to the record of the status conference, and upon the parties' agreement, Defendant Kyle Eadie shall **REPORT**, as directed by the United States Bureau of Prisons, to the Federal Correctional Institution in Elkton, Ohio on **August 7, 2023 by 2:00 p.m. (EST)**. The Court will issue an amended Judgment documenting this change to Defendant Eadie's reporting requirement.

    **IT IS SO ORDERED.**

  July 26, 2023                                      s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge

cc:    John Stengel
       Deputy U.S. Marshal