UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 3:22-cr-123

vs.

KYLE EADIE,                         District Judge Michael J. Newman

       Defendant.

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER PRIOR TO THE AUGUST 3, 2023 RESTITUTION HEARING; AND (2) REQUIRING THE PARTIES TO INFORM THE COURT, IN A SEALED FILING, IF THEY HAVE REACHED AN AGREEMENT ON ANY RESTITUTION OWED TO ANY VICTIM AT OR BEFORE THE START OF THE HEARING**

---

This felony child pornography case is before the Court prior to the restitution hearing scheduled for August 3, 2023. Upon review of the documents submitted *in camera* in support of the Government's restitution requests in the present case, the Court has identified the following victims and amounts of restitution requested:

- Victim #1 ("Chelsea" depicted in "2crazygurls"): $5,000;

- Victim #2 ("Angela" depicted in "Angela"): $5,000;

- Victim #3 ("Maria" depicted in "Best Necklace"): $7,500;

- Victim #4 ("Jane" depicted in "Cinder Block Blue"): $10,000;

- Victim #5 ("Jen" depicted in "JBN Flowers1"): $5,000;

- Victims #6 and #7 ("Erika" and "Tori" depicted in "PinkHeartSisters"): $10,000;

- Victim #8 ("Pia" depicted in "Sweet White Sugar"): $5,000;

- Victim #9 ("Vicky" depicted in "Vicky"): $10,000; and

- Victim #10 ("Ali" depicted in "ZooFamily1"): $5,000.

The Court **ORDERS** the parties to meet and confer to discuss the restitution requests listed above; determine if the parties agree to any of the restitution requests; and indicate if the parties intend to present evidence or testimony in support of, or against, the restitution requests at the restitution hearing.  The parties shall meet and confer **on or before August 3, 2023** and shall inform the Court, in a sealed filing, if they have reached an agreement on any amount of restitution owed to any victim at or before the start of the hearing.

   July 31, 2023                                   s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                               United States District Judge